PD-1289-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/28/2015 11:58:46 PM
Accepted 9/30/2015 2:59:00 PM
ABEL ACOSTA
CLERK

NO. _____

In The

## Court of Criminal Appeals of Texas

| | | |
|---|---|---|
| JOSE J. LOPEZ | § | |
| | § | |
| *Appellant,* | § | |
| | § | FILED IN |
| | § | COURT OF CRIMINAL APPEALS |
| V. | § | |
| | § | September 30, 2015 |
| STATE OF TEXAS | § | |
| | § | ABEL ACOSTA, CLERK |
| | § | |
| *Appellee.* | § | |

**APPELLANT'S MOTION TO EXTEND TIME
TO FILE PETITION FOR DISCRETIONARY REVIEW**

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

Appellant Jose J. Lopez, by and through his attorney of record, files this Motion to extend the period for the filing of a Petition for Discretionary Review. Appellant requests an extension to file a Petition until Monday, October 5, 2015, which is an extension of 21 days.

1. This is an appeal from a decision of the Tenth Court of Appeals to affirm the trial court's denial of Lopez's application for a writ of habeas corpus. Tex. R. App. P. 68.1. The court of appeals entered an order and

judgment affirdimg the trial court order on August 13, 2015. No motion for rehearing was filed.

2.     This request for an extension of the period of time to file the Petition for Discretionary Review is filed under the provisions of TEX. R. APP. P. 10.5(b) and 68.2(c). The deadline for filing the Petition for Discretionary Review was Monday, August 14. The length of extension sought is 21 days. No previous extension was requested, and the facts relied on to reasonably explain the need for an extension are set out in paragraphs 3 of this Motion.

3.     The need for additional time is not the result of intentional or deliberate conduct on the part of Appellee's counsel. During the time available for preparation of the brief, counsel also had to prepare for oral argument in the following appeal:

>    *North Star Water Logic, LLC v. Ecolotron, Inc.*; 14-14-00972-
>    CV – In the Fourteenth Court of Appeals, Houston, Texas.

Counsel also had to prepare and file briefing in

>    *Malin International Ship Repair & Drydock, Incorporated v.
>    Oceanografia, S.A. DE C.V.*; No. 15-40463 – In the Fifth Circuit
>    Court of Appeals.

Counsel also had to prepare and file briefing in support of a motion for summary judgment in

>    *Goodwin v. City of Texas City Texas*; Case 3:14-cv-00090 – In
>    the United States District Court, Southern District of Texas.

Counsel also had to prepare and file a dispositive motion in

> *Kennedy Krieger Institute, Inc. et al v. Brundage Management Company, Inc. Employee Benefit Plan et al.,* Case 5:15-cv-00162 – In the United States District Court, Western District of Texas.

Finally, counsel needs additional time to confer with his client, Mr. Lopez.

5.       Counsel for appellant is not able to confer with counsel for the appellee State at the time of filing as it is after business hours.

Accordingly, appellant request the Court grant this motion for extension and permit a Petition for Discretionary Review to be accepted by the Court as timely filed on or before Monday, October 5, 2015.

Respectfully submitted,

MILLS SHIRLEY L.L.P.


By:     */s/ George W. Vie III*
          George W. Vie III
State Bar No. 20579310
2228 Mechanic Street, Suite 400
Galveston, Texas 77550
(713) 571.4232
Fax (713) 893.6095
*gvie@millsshirley.com*

ATTORNEYS FOR APPELLANT

## CERTIFICATE OF SERVICE

As required by TEX. R. APP. P. 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties – which are listed below – on September 28, 2015, as follows:

Appellee's Attorneys:

Jarvis J. Parsons
Brazos County District Attorney
300 E. 26th Street, Suite 310
Bryan, TX 77803

By:  □  personal delivery
      □  email
      □  commercial delivery service
      □  fax
      X  **electronic delivery using the efiling system**

/s/ *George W. Vie III*
George W. Vie III

4835-1760-6697, v. 1